# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| PAUL DOUGLAS CARPER, | ) | Civil Action No. 7:18-cv-00177 |
|     Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | **By: Norman K. Moon** |
| NEW RIVER VALLEY REG'L JAIL, | ) | **Senior United States District Judge** |
|     Defendant. | ) | |

Plaintiff, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered on April 19, 2018, the court directed plaintiff to effect service upon the defendant within ninety days. Specifically, plaintiff was advised that he must serve the defendant and notify the court of that service by July 23, 2018, or the defendant would be dismissed from the suit without prejudice. Plaintiff failed to serve the defendant. Inasmuch as the time to serve the defendant has passed and plaintiff has failed to comply with the court's order, I will dismiss this action without prejudice. Plaintiff is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

**ENTER**: This __9th__ day of August, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE